```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID TURNER                    :      CIVIL ACTION
                                :
     v.                         :
                                :      No. 09-1156
BRIAN COLEMAN, et al.           :
```

ORDER

AND NOW, this 21st day of April, 2009, upon consideration of David Turner's petition for writ of habeas corpus (docket entry # 1) and the Court finding that:

(a) Petitioner seeks relief pursuant to 28 U.S.C. § 2254;

(b) On February 23, 2004, we denied petitioner's first petition for habeas corpus on the merits, Order, David Turner v. Neil K. Mechling, No. 03-cv-2996 (E.D. Pa. Feb. 23, 2004);

(c) In the petition Turner filed in this case on March 12, 2009, he raises issues regarding the same conviction and sentence;

(d) Turner's petition is, therefore, a mine-run second or successive petition, and we may not consider that petition without an order from our Court of Appeals authorizing us to do so, 28 U.S.C. § 2244(b)(3);

(e) There is no evidence that the Court of Appeals has entered such an order, so we may not consider Turner's petition;

  (f) We will, therefore, dismiss this action;

  It is hereby ORDERED that:

  1. Petitioner's petition for a writ of <u>habeas corpus</u> is DENIED; and

  2. The Clerk of Court shall statistically CLOSE this matter.

          BY THE COURT:

          <u>/s/ Stewart Dalzell, J.   </u>